## Case Information

2020-DCL-02163 | Alejandro Ortiz vs. Cesar Martinez Perez,Jesus Benitez,Jams Logistics LLC

| | | |
|---|---|---|
| Case Number<br>2020-DCL-02163 | Court<br>444th District Court | Judicial Officer<br>Sanchez, David |
| File Date<br>05/11/2020 | Case Type<br>Injury or Damage - Motor Vehicle | Case Status<br>Pending |

## Party

Plaintiff
Ortiz, Alejandro

Active Attorneys ▼
Attorney
Trevino, Miguel
Retained

Lead Attorney
Villarreal, Javier
Retained

Defendant
Martinez Perez, Cesar

Address
Chairperson Texas Transportation Commission
Tyron D. Lewis
125 E. 11th Street
Austin TX 78701

Active Attorneys ▼
Lead Attorney
RODRIGUEZ, TAMARA
Retained

Defendant
Benitez, Jesus Antonio

  Aliases
  *DBA* Transportes Benitez S.A. De C.V.

Active Attorneys ▼
Lead Attorney
RODRIGUEZ, TAMARA
Retained

Address
Registered Agent: Raul Leonel Garza Martinez
709 Toronto Street Apt. E5
McAllen TX 78503

Defendant
Jams Logistics LLC

Active Attorneys ▾
Lead Attorney
WHITE, PHILLIP MARCUS
Retained

  Aliases
  *DBA* Benitez Transport
Address
Registered Agent: Jesus A. Benitez Saenz
2100 N. Jackson, Ste D
Hidalgo TX 78557

## Events and Hearings

05/11/2020 Original Petition (OCA) ▾

Comment
Plaintiff's Original Petition, Request For Temporary Restraining Order And Temporary Injunction, Request For Disclsure, Request For Admissions, Request For Production, And First Set Of Interrogatories To Defendants

05/11/2020 Efiled Original Petition Document ▾

Plaintiff's Original Petition, Request For Tempora

Comment
Plaintiff's Original Petition, Request For Temporary Restraining Order And Temporary Injunction, Request For Disclsure, Request For Admissions, Request For Production, And First Set Of Interrogatories To Defendants

05/12/2020 Clerks Journal ▾

Comment
As Per Laura In Law Office Will File Cover Letter With Proper Address For Citation. S.H.

05/13/2020 Cover Letter - Request ▾

Cover Letter

Comment
Cover Letter

05/14/2020 Citation Issued ▾

Citation - Personal Service

05/14/2020 Citation Issued ▾

Citation - Personal Service

05/14/2020 Citation Issued ▾

Citation - Personal Service

Comment
Emailed Citations to laura@jvlawfirm.com As Requested V.F.

05/14/2020 Clerks Journal ▾

Comment
As per Law Office this case is not a TRO V.F.

05/14/2020 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

05/14/2020 Citation ▾

Served
05/18/2020

Anticipated Server
Civil Process Server

Anticipated Method
In Person

Actual Server
Civil Process Server

Returned
05/20/2020

05/14/2020 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

**05/18/2020 Cover Letter - Request** ▼

Letter to Clerk requesting Citation

Comment
Letter to Clerk requesting Citation

**05/20/2020 Service Return** ▼

Citation Served on Defendant Jams Logistics

Comment
Citation Served on Defendant Jams Logistics

**05/20/2020 Citation Issued** ▼

E-Sig - Citation - Personal Service

Comment
emailed to laura@jvlawfirm.com as per request

**05/20/2020 Citation** ▼

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

**06/04/2020 Original Answer** ▼

ORTIZ - Def Jams Original Answer.pdf

Comment
Defendant Jams Logistics, LLC's Original Answer

**06/08/2020 Original Answer** ▼

Def Transportes Benitez SA de CV OA.pdf

Comment
Defendant Transportes Benitez, SA DE CV'S Original Answer.

**06/08/2020 Original Answer** ▼

Def. Cesar Mtz Perez. OA.pdf

Comment
Defendant Cesar Martinez Perez Original Answer

06/08/2020 Jury Demand

2020.06.08. Defs. Jury Demand..pdf

Comment
Defendant's Jury Demand

06/08/2020 Jury Fee Paid (OCA)

07/28/2020 Motion

Plaintiff's Motion to Set on the Jury Docket

Comment
Plaintiff's Motion to Set on the Jury Docket

08/06/2020 Notice

Notice of Intention for Production of Documents

Comment
Notice of Intention for Production of Documents

08/06/2020 Notice

Notice of Intention for Production of Documents

Comment
Notice of Intention for Production of Documents

08/06/2020 Notice

Notice of Intention for Production of Documents

Comment
Notice of Intention for Production of Documents

08/17/2020 Notice

Notice of Intention for Production of Documents ORTIZ 69285-18.pdf

Comment
Notice of Intention for Production of Documents

09/02/2020 Notice

Plaintiff's Notice of Intent to use Discovery Documents

Comment
Plaintiff's Notice of Intent to use Discovery Documents

09/02/2020 Notice

0 20.09.02 Ntc of Filing Affs.pdf

Comment
Plaintiff's Notice of Intent to use Discovery Affidavits

09/13/2020 Order

Order Setting Docket Control Conference

| Judicial Officer | Comment |
|---|---|
| Sanchez, David | Order Setting Docket Control Conference |

09/17/2020 Motion

JAMS - 166(a) Motion for Summary Judgment 2020-9-17 (no Exhibits attached).pdf

Comment
JAMS' Logistics LLC's Traditional Motion for Summary Judgment

09/17/2020 Exhibits

Exhibit A - Francisco Reyes Affidavit.pdf

Comment
Exhibit A

09/17/2020 Exhibits

Exhibit B - Crash Report.pdf

Comment
Exhibit B

09/17/2020 Exhibits

Exhibit C - Transportes Benitez resp to RFA- Jams.pdf

Comment
Exhibit C

09/22/2020 Amended Petition

Plaintiff's First Amended Petition

Comment
Plaintiff's First Amended Petition and Request for Disclosure, Request for Admissions, Request for Production and First Set of Interrogatories to Defendant

09/23/2020 Citation Issued

E-Sig - Citation - Personal Service

Comment
emailed citation to laura@jvlawfirm.com as per request

09/23/2020 Amended Petition

Plaintiff's Second Amended Petition

> Comment
> Plaintiff's Second Amended Petition An Request For Disclosure, Request For Admissions, Request For Production And First Set Of Interrogatories To Defendant

09/23/2020 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

09/24/2020 Citation Issued ▾

E-Sig - Citation - Personal Service

> Comment
> emailed citation to laura@jvlawfirm.com as per request

09/24/2020 Citation ▾

Served
09/25/2020

Anticipated Server
Civil Process Server

Anticipated Method
In Person

Actual Server
Civil Process Server

Returned
09/28/2020

09/28/2020 Service Return ▾

Service of Citation on Defendant Young

> Comment
> Service of Citation on Defendant Young

09/30/2020 Docket Control Conference (telephonic) ▾

Judicial Officer
Sanchez, David

Hearing Time
9:00 AM

Comment
1:30

09/30/2020 Journal Entry ▾

Comment
DCC conducted, Spoke to Laura w/Atty Javier Villarreal, Atty Luis Solis w/Atty Tamara Rodriguez & Atty Phillip M. White. Ann set for 8/12/21 @ 9:15 a.m. & Trial set for 8/16/21 @ 9:15 a.m. All other guidelines as per the rules. Laura will submit order w/15 days. DSANCHEZ/mrl

10/02/2020 Notice

2020-10-02 Ds' Ntc of Service of Counter Affidavit.pdf

Comment
Defendants Cesar Martinez Perez and Transportes Benitez, SA DE CV's Notice of Service of Counter Affidavit

10/09/2020 Order Setting Hearing

Order Setting Hearing Jams Motion for Summary Judgment

| Judicial Officer | Comment |
|---|---|
| Sanchez, David | Order Setting Hearing on Jams Logistics LLC's Traditional Motion for Summary Judgment |

10/16/2020 Original Answer

D Young's Original Answer and 1st Discovery Request to P--Ortiz vs. Young.pdf

Comment
Defendant Sky Young's Original Answer and First Discovery Requests to Plaintiff

11/05/2020 Rule 11 Agreement

Rule 11 Agreement 11-5-2020.pdf

Comment
Rule 11 Agreement

11/10/2020 Rule 11 Agreement

CourtPMW re Passing MSJ Hearing 2020-11-10.pdf

Comment
Letter to Court Re: Motion for Summary Judgment Hearing

11/10/2020 Motion

Defendants Cesar Martinez Perez and Transportes Benitez S.A. de C.V. Motion to Sever

Comment
Defendants Cesar Martinez Perez and Transportes Benitez SA DE CV's Motion to Sever

11/10/2020 E-Filed Order

Order Granting Defendants Motion to Sever

Comment
Order Granting Defendants Motion to Sever (q)

**11/12/2020 Response** ▾

Defendant Sky Danielle Young's Responses to Plaintiff's Request for Admissions

Comment
Defendant Sky Danielle Young's Responses to Plaintiff's Request for Admissions

**11/13/2020 Answer** ▾

Defendant Sky Danielle Young's Answers to Plaintiff's First Set of Interrogatories

Comment
Defendant Sky Danielle Young's Answers to Plaintiff's First Set of Interrogatories

**11/13/2020 Answer** ▾

Defendant Sky Danielle Youngs Responses To

Comment
Defendant Sky Danielle Young's Responses To Plaintiff's Request For Disclosures

**11/13/2020 Response** ▾

Defendant Sky Danielle Youngs Responses To

Comment
ResponseDefendant Sky Danielle Young's Responses To Plaintiff's First Request For Production

**11/13/2020 Exhibits** ▾

Comment
Exhibits A

**11/13/2020 Exhibits** ▾

Comment
Exhibits B

**11/13/2020 Exhibits** ▾

Comment
Exhibits C

**11/15/2020 Order Setting Hearing** ▾

Order Setting Hearing on Defendant's Motion to Sever

| Judicial Officer | Comment |
| --- | --- |
| Sanchez, David | Order Setting Hearing on Defendant's Motion to Sever |

**11/18/2020 Motion for Summary Judgment** ▾

**Judicial Officer**
Sanchez, David

**Hearing Time**
9:30 AM

**Cancel Reason**
Other

---

**12/04/2020 Objection** ▾

Defendant Cesar Martinez Perez Objecitons to the Subpoena Duces Tecum

> **Comment**
> Defendant Cesar Martinez Perez's Objections to the Subpoena Duces Tecum attached to Plaintiff's Notice of Deposition of Cesar Martinez Perez

---

**12/04/2020 Notice** ▾

Defendant Transportes Benitez S.A. de C.V. Objections to the Subpoena Duces Tecum Attached

> **Comment**
> Defendant Transportes Benitez SA DE CV's Objections to the Subpoena Duces Tecum attached to Plaintiff's Notice of Deposition of Jesus Antonio Benitez dba Transportes Benitez SA DE CV

---

**12/17/2020 Exhibits** ▾

Ex. A- Ds' Objs to SDT- Cesar Martinez Perez.pdf

> **Comment**
> Ex. A to Defendant Cesar Martinez Perez's Objections to the Subpoena Duces Tecum Attached to Plaintiff's Notice of Deposition of Cesar Martinez Perez

---

**01/07/2021 Answer** ▾

Plaintiff's Response to Defendant's Motion to Sever

> **Comment**
> Plaintiff's Response to Defendant's Motion to Sever

---

**01/07/2021 Exhibits** ▾

> **Comment**
> Exhibit A

---

**01/07/2021 Exhibits** ▾

> **Comment**
> Exhibit B

---

**01/07/2021 Exhibits** ▾

> **Comment**
> Exhibit C

**01/12/2021 Response** ▼

Plaintiff's Amended Response to Mtn to Sever

Comment
Plaintiff's Amended Response to Defendants, Cesar Perez and Jesus Benitez, SA De CVS's Motion to Sever

**01/13/2021 Motion Hearing** ▼

Judicial Officer
Sanchez, David

Hearing Time
9:30 AM

**01/13/2021 E-Filed Order** ▼

21.01.13 Order Denying Motion to Sever.pdf

Comment
Order Denying Motion to Sever (Q)

**01/15/2021 Order** ▼

Order Granting Defendant Motion Sever

| Judicial Officer | Comment |
|---|---|
| Sanchez, David | Order Granting Motion to Sever |

**01/15/2021 Clerks Journal** ▼

Comment
Cause of action asserted by Plaintiff against Defendant, Sky Danielle Young, ordered Severed from this cause and made subject of a separated action. Severed Cause to be styled: Alejandro Ortiz vs. Sky Danielle Young a bear a new docket number

**01/27/2021 Reporter's Certification Deposition Of:** ▼

Lead of Sky Danielle Young.pdf

Comment
Reporter's Certification Deposition Of: Sky Danielle Young December 21,2020 (Reported Remotely)

**02/05/2021 Objection** ▼

2021-02-05 D's Obj 1st ANOD- Cesar Martinez Perez.pdf

Comment
Defendant Cesar Martinez Perez's Objections To The Subpoena Duces Tecum Attached To Plaintiff's First Amended Notice Of Deposition Of Cesar Martinez Perez

**02/05/2021 Exhibits** ▼

2021-02-05 Ex. A-D's Obj 1st ANOD- Cesar Martinez Perez.pdf

Comment
Exhibit A

**02/05/2021 Objection** ▾

2021-02-05 D's obj 1st ANOD- Transportes Benitez.pdf

Comment
Defendant Transportes Benitez SA DECV's objections to the Subpoena Duces Tecum attached to Plaintiff's First Amended Notice of Deposition of Jesus Antonio Benitez DBA Transportes Benitez SA DE CV

**02/05/2021 Exhibits** ▾

2021-02-05 Ex. A-D's obj 1st ANOD- Transportes Benitez.pdf

Comment
Exhibit A

**08/12/2021 Announcement** ▾

Judicial Officer
Sanchez, David

Hearing Time
9:15 AM

**08/16/2021 Jury Trial** ▾

Judicial Officer
Sanchez, David

Hearing Time
9:15 AM

## Financial

Ortiz, Alejandro
| | |
|---|---:|
| Total Financial Assessment | $355.00 |
| Total Payments and Credits | $355.00 |

| 5/12/2020 | Transaction Assessment | $331.00 |
|---|---|---:|

| | | | | |
|---|---|---|---|---|
| 5/12/2020 | E-File Electronic Payment | Receipt # 2020-09607 | Ortiz, Alejandro | ($331.00) |
| 5/19/2020 | Transaction Assessment | | | $8.00 |
| 5/19/2020 | E-File Electronic Payment | Receipt # 2020-10575 | Ortiz, Alejandro | ($8.00) |
| 9/22/2020 | Transaction Assessment | | | $8.00 |
| 9/22/2020 | E-File Electronic Payment | Receipt # 2020-18386 | Ortiz, Alejandro | ($8.00) |
| 9/23/2020 | Transaction Assessment | | | $8.00 |
| 9/23/2020 | E-File Electronic Payment | Receipt # 2020-18462 | Ortiz, Alejandro | ($8.00) |

Benitez, Jesus Antonio

| | | |
|---|---|---|
| Total Financial Assessment | | $40.00 |
| Total Payments and Credits | | $40.00 |
| 6/8/2020 | Transaction Assessment | $40.00 |
| 6/8/2020 | E-File Electronic Payment   Receipt # 2020-11558   Benitez, Jesus Antonio | ($40.00) |

## Documents

Plaintiff's Original Petition, Request For Tempora

Cover Letter

Citation - Personal Service

Citation - Personal Service

Citation - Personal Service

Letter to Clerk requesting Citation

Citation Served on Defendant Jams Logistics

E-Sig - Citation - Personal Service

ORTIZ - Def Jams Original Answer.pdf

Def Transportes Benitez SA de CV OA.pdf

Def. Cesar Mtz Perez. OA.pdf

2020.06.08. Defs. Jury Demand..pdf

Plaintiff's Motion to Set on the Jury Docket

Order Setting Docket Control Conference

Notice of Intention for Production of Documents

Notice of Intention for Production of Documents

Notice of Intention for Production of Documents

Notice of Intention for Production of Documents ORTIZ 69285-18.pdf

Plaintiff's Notice of Intent to use Discovery Documents

0 20.09.02 Ntc of Filing Affs.pdf

JAMS - 166(a) Motion for Summary Judgment 2020-9-17 (no Exhibits attached).pdf

Exhibit A - Francisco Reyes Affidavit.pdf

Exhibit B - Crash Report.pdf

Exhibit C - Transportes Benitez resp to RFA- Jams.pdf

Plaintiff's First Amended Petition

E-Sig - Citation - Personal Service

Plaintiff's Second Amended Petition

E-Sig - Citation - Personal Service

Service of Citation on Defendant Young

Order Setting Hearing Jams Motion for Summary Judgment

2020-10-02 Ds' Ntc of Service of Counter Affidavit.pdf

D Young's Original Answer and 1st Discovery Request to P--Ortiz vs. Young.pdf

Rule 11 Agreement 11-5-2020.pdf

CourtPMW re Passing MSJ Hearing 2020-11-10.pdf

Defendants Cesar Martinez Perez and Transportes Benitez S.A. de C.V. Motion to Sever

Order Setting Hearing on Defendant's Motion to Sever

Order Granting Defendants Motion to Sever

Defendant Sky Danielle Young's Responses to Plaintiff's Request for Admissions

Defendant Sky Danielle Young's Answers to Plaintiff's First Set of Interrogatories

Defendant Sky Danielle Youngs Responses To

Defendant Sky Danielle Youngs Responses To

Defendant Cesar Martinez Perez Objecitons to the Subpoena Duces Tecum

Defendant Transportes Benitez S.A. de C.V. Objections to the Subpoena Duces Tecum Attached

Ex. A- Ds' Objs to SDT- Cesar Martinez Perez.pdf

Plaintiff's Response to Defendant's Motion to Sever

Plaintiff's Amended Response to Mtn to Sever

21.01.13 Order Denying Motion to Sever.pdf

Order Granting Defendant Motion Sever

Lead of Sky Danielle Young.pdf

2021-02-05 D's Obj 1st ANOD- Cesar Martinez Perez.pdf

2021-02-05 Ex. A-D's Obj 1st ANOD- Cesar Martinez Perez.pdf

2021-02-05 D's obj 1st ANOD- Transportes Benitez.pdf

2021-02-05 Ex. A-D's obj 1st ANOD- Transportes Benitez.pdf