United States District Court
Southern District of Texas
**ENTERED**
September 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALEJANDRO ORTIZ, <br> "Plaintiff". <br><br> v. <br><br> CESAR MARTINEZ PEREZ, ET AL., <br> "Defendants". | § <br> § <br> § <br> §    Civil Action No. 1:21-cv-00021 <br> § <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are these pleadings: Plaintiff's "Original Petition, Request for Temporary Restraining Order and Temporary Injunction, Request for Disclosure, Request for Admission, Request for Production, and First Set of Interrogatories to Defendants" ("Complaint") (Dkt. No. 1-6), Defendant Jams Logistics, LLC d/b/a Benitez Transport's ("Defendant Jams") "Motion for Summary Judgment and Brief in Support" ("MSJ") (Dkt. No. 15), and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 15).

The R&R recommends this Court grant Defendant Jams' MSJ (Dkt. No. 15) based on Plaintiff's failure to respond or otherwise contest the MSJ's factual or legal allegations. *See id.* at 4. Objections were due August 25, 2021. FED.R.CIV.P. 72(a). No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Thus, Defendant Jams' MSJ (Dkt. No. 15) is **GRANTED**. Plaintiff's claims in the Complaint (Dkt. No. 1-6) relative to Defendant Jams are **DISMISSED WITH PREJUDICE**.

Signed on this 20th day of September, 2021.

_____
Rolando Olvera
United States District Judge