United States District Court
Southern District of Texas
**ENTERED**
February 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALEJANDRO ORTIZ, <br> "Plaintiff", | § § § | |
| v. | § § | Civil Action No. 1:21-cv-000021 |
| CESAR MARTINEZ PEREZ, ET AL., <br> "Defendants". | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is "Defendants Cesar Martinez Perez and Jesus Antonio Benitez d/b/a Transportes Benitez S.A. de C.V.'s No-Evidence Motion for Partial Summary Judgment on Plaintiff's Claims of Gross Negligence, Negligent Hiring, Negligent Entrustment, Negligent Driver Qualifications, Negligent Training and Supervision, Negligent Retention, Negligent Contracting, and Negligent Maintenance" ("Motion") (Dkt. No. 27) and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 29). The R&R recommends this Court grant Defendants' Motion (Dkt. No. 27).

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Defendants' Motion (Dkt. No. 27) is **GRANTED**.

Signed on this 22nd day of February, 2022.

Rolando Olvera
United States District Judge